**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

ALLEN K. SMITH,

        Plaintiff,

v.

THE CREDIT PROS
INTERNATIONAL, LLC,

        Defendant.

Case No. 2:23-cv-11582-LVP-APP

Honorable District Judge  Linda V. Parker

Honorable Magistrate Judge Anthony P. Patti

**JOINT DISCOVERY PLAN**

Pursuant to the Court's August 5, 2024 Order [Dkt. 24], the Parties jointly submit their Joint Discovery Plan and proposed deadlines for the Court's review and consideration:

**(A)**    **Summarize the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s):**

**Summary of Action:** Plaintiff brings this action seeking redress for violations of the Credit Repair Organizations Act ("CROA"), pursuant to 15 U.S.C. § 1679 *et seq*., and the Michigan Credit Services Protection Act ("MCSPA"), pursuant to M.C.L. § 455.1821 *et seq*. Specifically, Plaintiff alleges that Defendant failed to comply with the CROA and the MCSPA in connection with credit repair services it rendered to Plaintiff.

1

**Principal and Factual Issues:** The principal factual and legal issues will be whether Defendant complied with its obligations under the CROA and MCSPA in connection with the credit repair services it rendered to Plaintiff.

**Relief Sought:** Plaintiff is seeking actual damages and his attorney's fees and costs.

**(B)     Proposed Discovery and Trial Plan:**

1. Amend the Pleadings and Add Parties: **September 30, 2024**

2. Fact Discovery Cutoff: **January 30, 2025**

3. Expert Disclosure Deadline: **February 21, 2025**

4. Expert Rebuttal Deadline: **March 21, 2025**

5. Expert Discovery Cutoff: **April 30, 2025**

6. Dispositive Motions Deadline:  **May 30, 2025**

7. Witness Disclosure Deadline: **June 20, 2025**

8. Final Pretrial Conference: **July 25, 2025**

9. Trial Date: **August 15, 2025**

**(C)     Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions:**

None at this time.

Dated: September 10, 2024

Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com

*/s/ Mark G. Cooper*
Lawren A. Zann, Esq.
Greenspoon Marder LLP
200 East Broward Blvd.
Suite 1800
Fort Lauderdale, FL 33301
Phone: (954) 527-6296
lawren.zann@gmlaw.com
gabby.mangar@gmlaw.com

and

Mark G. Cooper, Esq.
James W. Rose, Esq.
Taft Stettinius & Hollister LLP
mcooper@taftlaw.com
jrose@taftlaw.com
27777 Franklin Rd.
Suite. 2500
Southfield, MI 48034
Phone: (248) 351-3000
*Counsel for Defendant*